# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>EATON, RICHARD K. | 2. Court or Organization<br><br>U.S. COURT OF INTERNATIONAL TRADE | 3. Date of Report<br><br>05/07/2013 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>ACTIVE | 5a. Report Type (check appropriate type)<br>☐ Nomination    Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

U.S. COURT OF INTERNATIONAL TRADE
ONE FEDERAL PLAZA
NEW YORK, NY 10278-0001

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust # 1 (the assets of Trust # 1 are in two accounts listed as Trust and Trust II) |
| 2. | Trustee | Ithaca College Board of Trustees |
| 3. | Board of Directors | Federal Judges Association |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| EATON, RICHARD K. | 05/07/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2012 | Museum of the City of New York -- Salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Federal Judges Association | February 23-25, 2012 | Indianapolis, IN | FJA Board Meeting | Food and Lodging |
| 2. | Federal Judges Association | May 8-10, 2012 | Washington, DC | FJA Board Meeting | Food and Lodging |
| 3. | Judicial Conference Committee on the Judicial Branch | December 3-4, 2012 | Washington, DC | Judicial Branch Committee Meeting | Transportation, Food and Lodging |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| EATON, RICHARD K. | 05/07/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| EATON, RICHARD K. | 05/07/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. TIAA-CREF Savings and Investment Plan | D | Dividend | M | T | | | | | |
| 2. Schwab Muni Money Fund (Mutual Fund) | C | Interest | K | T | | | | | |
| 3. Goldman Sachs Common | A | Dividend | K | T | | | | | |
| 4. Schwab 1000 Mutual Fund | A | Dividend | J | T | | | | | |
| 5. Berkshire Hathaway Common (Held in IRA) | | None | M | T | | | | | |
| 6. Google Common (Held in IRA) | | None | K | T | | | | | |
| 7. ABB Ltd. (Held in IRA) | A | Dividend | J | T | | | | | |
| 8. Ace Ltd. Common (Held in IRA) | A | Dividend | J | T | | | | | |
| 9. Anadarko Pet (Held in IRA) | A | Dividend | J | T | | | | | |
| 10. Apache (Held in IRA) | A | Dividend | J | T | | | | | |
| 11. Apple Common (Held in IRA) | A | Dividend | J | T | | | | | |
| 12. Amazon Common (Held in IRA) | | None | J | T | | | | | |
| 13. American Exp. Common (Held in IRA) | A | Dividend | J | T | | | | | |
| 14. Blackrock Inc. (Held in IRA) | A | Dividend | J | T | | | | | |
| 15. Citigroup Common (Held in IRA) | A | Dividend | J | T | | | | | |
| 16. Cognizant (Held in IRA) | | None | | | Sold | 02/14/12 | J | A | |
| 17. Covidien (Held in IRA) | A | Dividend | | | Sold | 02/14/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| EATON, RICHARD K. | 05/07/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Cummins Common (Held in IRA) | A | Dividend | J | T | | | | | |
| 19. Emerson Elec. Common (Held in IRA) | A | Dividend | J | T | | | | | |
| 20. Exxon Common (Held in IRA) | A | Dividend | J | T | Buy | 02/14/12 | J | | |
| 21. Gilead Common (Held in IRA) | | None | J | T | | | | | |
| 22. Mead Johnson (Held in IRA) | A | Dividend | J | T | | | | | |
| 23. Nestle (Held in IRA) | A | Dividend | J | T | | | | | |
| 24. Oracle (Held in IRA) | A | Dividend | J | T | | | | | |
| 25. Potlatch Common (Held in IRA) | A | Dividend | J | T | | | | | |
| 26. Republic Services Common (Held in IRA) | A | Dividend | J | T | | | | | |
| 27. Teva Common Common (Held in IRA) | A | Dividend | J | T | | | | | |
| 28. Diageo Common (Held in IRA) | A | Dividend | J | T | Buy | 02/13/12 | J | | |
| 29. IBM Common (Held in IRA) | A | Dividend | J | T | | | | | |
| 30. Johnson Controls (Held in IRA) | A | Dividend | J | T | | | | | |
| 31. JP Morgan Common (Held in IRA) | A | Dividend | | | Sold | 02/13/12 | J | A | |
| 32. Merck (Held in IRA) | A | Dividend | J | T | | | | | |
| 33. Ralph Lauren Common (Held in IRA) | A | Dividend | J | T | | | | | |
| 34. Plumb Cr. Timber (Held in IRA) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| EATON, RICHARD K. | 05/07/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Precision Cast. Common (Held in IRA) | A | Dividend | J | T | Buy | 02/14/12 | J | | |
| 36. Nuance Com. Common (Held in IRA) | A | Dividend | J | T | | | | | |
| 37. Qualcom Common (Held in IRA) | A | Dividend | J | T | Buy | 07/30/12 | J | | |
| 38. Rockwell Aut. Common (Held in IRA) | A | Distribution | J | T | Buy | 02/14/12 | J | | |
| 39. Schlumberger Common (Held in IRA) | A | Dividend | J | T | Buy | 02/13/12 | J | | |
| 40. Vodafone ADR (Held in IRA) | A | Dividend | J | T | | | | | |
| 41. Wisdomtree ETF (Held in IRA) | A | Dividend | J | T | Buy | 7/30/12 | J | | |
| 42. Weatherford Intl (Held in IRA) | | None | | | Sold | 12/07/12 | J | A | |
| 43. I Shares Iboxx (Held in IRA) | A | Interest | J | T | | | | | |
| 44. I Shares Barclays (Held in IRA) | A | Interest | J | T | | | | | |
| 45. Vanguard Emerging Markets Mutual Fund (Held in IRA) | A | Dividend | J | T | | | | | |
| 46. Valley National Bancorp Common | G | Dividend | P1 | T | | | | | |
| 47. Citibank Accounts | D | Interest | K | T | | | | | |
| 48. House, Cabin and Land, Park County, MT | E | Rent | P1 | W | | | | | |
| 49. Abbott Laboratories Common | A | Dividend | K | T | | | | | |
| 50. Agilent Tech. Common | A | Dividend | J | T | Buy | 04/25/12 | J | | |
| 51. Allergan Common | A | Dividend | K | T | Buy | 03/04/12 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| EATON, RICHARD K. | 05/07/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Amer. Ex. Common | A | Dividend | K | T | Buy | 02/10/12 | K | | |
| 53. Analog Dev. Common | A | Dividend | | | Sold | 03/04/12 | L | A | |
| 54. Apache Common | A | Dividend | K | T | | | | | |
| 55. Apple Common | D | Dividend | N | T | | | | | |
| 56. Ascena Ret. Common | | None | | | Sold | 03/04/12 | L | A | |
| 57. Boardwalk Pipe Common | A | Dividend | K | T | | | | | |
| 58. Brookfield Ptrs. Common | B | Dividend | | | Sold | 03/04/12 | K | | |
| 59. Celegene Corp. Common | | None | | | Sold | 03/23/12 | L | D | |
| 60. Cerner Corp. Common | | None | K | T | Buy | 01/03/12 | K | | |
| 61. Cummins Common | A | Dividend | K | T | Buy | 03/04/12 | K | | |
| 62. Costco Common | A | Dividend | K | T | | | | | |
| 63. Emerson Electric Common | B | Dividend | K | T | | | | | |
| 64. Gilead Sciences Common | | None | L | T | | | | | |
| 65. Google Common | | None | K | T | Buy | 01/03/12 | K | | |
| 66. IBM Common | A | Dividend | K | T | Buy | 03/12/12 | K | | |
| 67. Johnson Cont. Common | A | Dividend | K | T | Buy | 01/03/12 | K | | |
| 68. Goldman Sachs Common | A | Dividend | | | Sold | 03/12/12 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| EATON, RICHARD K. | 05/07/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. JP Morgan Common | A | Dividend | | | Sold | 04/30/12 | K | A | |
| 70. Kellogg Common | A | Dividend | K | T | Buy | 06/15/12 | K | | |
| 71. McDonalds Common | B | Dividend | L | T | | | | | |
| 72. Mead Johnson | A | Dividend | J | T | | | | | |
| 73. Nike Common | A | Dividend | K | T | | | | | |
| 74. Oracle Common | A | Dividend | J | T | Buy | 02/01/12 | J | | |
| 75. Pepsico Common | A | Dividend | J | T | Buy | 01/03/12 | J | | |
| 76. Precision Cast. Common | A | Dividend | K | T | | | | | |
| 77. Philip Morris Common | B | Dividend | L | T | | | | | |
| 78. Qualcomm Common | B | Dividend | K | T | | | | | |
| 79. Schlumberger Ltd. Common | A | Dividend | L | T | | | | | |
| 80. Teva Pharm. Common | A | Dividend | J | T | Buy | 03/13/12 | J | | |
| 81. United Tech Common | A | Dividend | K | T | | | | | |
| 82. Verizon | A | Dividend | J | T | Buy | 02/01/12 | J | | |
| 83. Ace Ltd. Common | A | Dividend | J | T | Buy | 02/01/12 | J | | |
| 84. Altria Group Inc. Common | C | Dividend | K | T | | | | | |
| 85. Amazon Common | | None | K | T | Buy | 03/13/12 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| EATON, RICHARD K. | 05/07/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Anadarko Pet. Common | A | Dividend | K | T | | | | | |
| 87. Blackrock Common | B | Dividend | K | T | | | | | |
| 88. Bunge Ltd. Common | A | Dividend | K | T | | | | | |
| 89. Chevron Texaco Common | B | Dividend | K | T | | | | | |
| 90. Corning Common | A | Dividend | | | Sold | 03/30/12 | K | A | |
| 91. Covidien Common | A | Dividend | K | T | Buy | 02/23/12 | K | | |
| 92. Devon Energy Common | A | Dividend | J | T | Buy | 03/30/12 | J | | |
| 93. Diageo Common | B | Dividend | K | T | | | | | |
| 94. Dominion Resources Common | B | Dividend | K | T | | | | | |
| 95. Exxon Mobil Corp. Common | A | Dividend | K | T | | | | | |
| 96. Hengan Int. Common | | None | L | T | Buy | 05/31/12 | L | | |
| 97. Hyundai Motors Common | | None | K | T | | | | | |
| 98. Joy Global | A | Dividend | K | T | | | | | |
| 99. Merck Common | B | Dividend | K | T | | | | | |
| 100. Nestle Common | B | Dividend | K | T | Buy | 03/30/12 | K | | |
| 101. Met Life Inc., Common | A | Dividend | K | T | | | | | |
| 102. Wisdomtree Ener. Common | C | Dividend | M | T | Buy | 06/29/12 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 103. Franklin Sm Cp Fd Common | B | Dividend | L | T | Buy | 02/01/12 | L | | |
| 104. Pioneer Sm Cp Fund | | None | L | T | Buy | 02/01/12 | L | | |
| 105. Morgan Stanley China A Mutual Fund | | None | | | Sold | 03/30/12 | K | A | |
| 106. Vanguard Emerging Markets Mutual Fund | A | Dividend | J | T | | | | | |
| 107. Vodafone ADR | B | Interest | K | T | | | | | |
| 108. American Express Corporate Bonds | D | Interest | M | T | | | | | |
| 109. Anheuser-Busch Corp. Bds | B | Interest | M | T | Buy | 02/23/12 | M | | |
| 110. Caterpillar Corp. Bds. | B | Interest | M | T | Buy | 02/23/12 | M | | |
| 111. Conagra Foods Corporate Bond | A | Interest | | | Sold | 02/23/12 | M | A | |
| 112. Bell South Corporate Bonds | D | Interest | M | T | | | | | |
| 113. Credit Suisse Corporate Bonds | A | Interest | | | Sold | 02/23/12 | M | A | |
| 114. Dell Inc. Corporate Bonds | A | Interest | | | Sold | 02/23/12 | M | A | |
| 115. Dominion Resources Corporate Bonds | D | Interest | M | T | | | | | |
| 116. DOW Corporate Bonds | D | Interest | M | T | | | | | |
| 117. GE Corporate Bonds | D | Interest | M | T | | | | | |
| 118. Goldman Sachs Corporate Bonds | D | Interest | M | T | | | | | |
| 119. Sempa Energy Corporate Bonds | D | Interest | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| EATON, RICHARD K. | 05/07/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Simon PPTY Gp Corp. Bds. | C | Interest | M | T | Buy | 02/23/12 | M | | |
| 121. Yum Brand Corporate Bonds | C | Interest | M | T | | | | | |
| 122. Nassau County Revenue Bond Municipal Bond | B | Interest | L | T | | | | | |
| 123. NYS Environ Bond Municipal Bond | C | Interest | L | T | | | | | |
| 124. Taconic Partners Mutual Fund X | E | Distribution | O | T | | | | | |
| 125. Apache Inc. Common (Trust) | A | Dividend | J | T | | | | | |
| 126. Altria Common (Trust) | A | Dividend | J | T | | | | | |
| 127. Amazon Common (Trust) | | None | J | T | | | | | |
| 128. Anadarko Pet Common (Trust) | A | Dividend | J | T | | | | | |
| 129. Agilent Tech. Common Trust) | A | Dividend | J | T | Buy | 01/03/12 | J | | |
| 130. Boardwalk Pipe Common (Trust) | A | Dividend | | | Sold | 04/30/12 | J | A | |
| 131. Borg Warner Common (Trust) | A | Dividend | | | Sold | 03/12/12 | J | A | |
| 132. Blackrock Common (Trust) | A | Dividend | J | T | | | | | |
| 133. Bunge Ltd. Common Trust | A | Dividend | J | T | | | | | |
| 134. Chevron Common (Trust) | A | Dividend | J | T | Buy | 01/03/12 | J | | |
| 135. Cognizant Tech (Trust) | | None | | | Sold | 01/03/12 | J | A | |
| 136. Covidien (Trust) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| EATON, RICHARD K. | 05/07/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 137. Corning Inc. Common (Trust) | A | Dividend | | | Sold | 03/12/12 | J | A | |
| 138. Cummins Common (Trust) | A | Dividend | J | T | | | | | |
| 139. Devon Energy Common (Trust) | A | Dividend | J | T | Buy | 03/04/12 | J | | |
| 140. Diageo Common (Trust) | A | Dividend | J | T | | | | | |
| 141. Dominion Resources Common (Trust) | A | Dividend | J | T | | | | | |
| 142. Express Scripts Common (Trust) | | None | J | T | Buy | 01/03/12 | J | | |
| 143. Exxon Common (Trust) | A | Dividend | J | T | | | | | |
| 144. Home Depot Common (Trust) | A | Dividend | | | Sold | 03/12/12 | J | A | |
| 145. Hengan Int. Group Common (Trust) | A | Dividend | | | Sold | 01/03/12 | L | B | |
| 146. Hyundai Common (Trust) | | None | J | T | | | | | |
| 147. ICIC Bank Common (Trust) | A | Dividend | | | Sold | 01/03/12 | J | A | |
| 148. IBM Common (Trust) | A | Dividend | J | T | Buy | 01/03/12 | J | | |
| 149. Johnson Cont. Comon (Trust) | A | Dividend | J | T | | | | | |
| 150. Mead Johnson Nutrition Common (Trust) | A | Dividend | J | T | | | | | |
| 151. Merck Common (Trust) | A | Dividend | J | T | | | | | |
| 152. Metlife Common (Trust) | A | Dividend | J | T | | | | | |
| 153. Nestle Common (Trust) | A | Dividend | J | T | | | | | |

1. Income Gain Codes:      A =$1,000 or less      B =$1,001 - $2,500      C =$2,501 - $5,000      D =$5,001 - $15,000      E =$15,001 - $50,000
   (See Columns B1 and D4)      F =$50,001 - $100,000      G =$100,001 - $1,000,000      H1 =$1,000,001 - $5,000,000      H2 =More than $5,000,000
2. Value Codes      J =$15,000 or less      K =$15,001 - $50,000      L =$50,001 - $100,000      M =$100,001 - $250,000
   (See Columns C1 and D3)      N =$250,001 - $500,000      O =$500,001 - $1,000,000      P1 =$1,000,001 - $5,000,000      P2 =$5,000,001 - $25,000,000
         P3 =$25,000,001 - $50,000,000      P4 =More than $50,000,000
3. Value Method Codes      Q =Appraisal      R =Cost (Real Estate Only)      S =Assessment      T =Cash Market
   (See Column C2)      U =Book Value      V =Other      W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| EATON, RICHARD K. | 05/07/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Nuance Comm. | | None | J | T | | | | | |
| 155. Oracle Common (Trust) | A | Dividend | | | Sold | 03/04/12 | J | | |
| 156. Philip Morris Common (Trust) | A | Dividend | J | T | | | | | |
| 157. Precision Cast. Common (Trust) | A | Dividend | J | T | | | | | |
| 158. Ralph Lauren Common (Trust) | A | Dividend | | | Sold | 01/03/12 | J | A | |
| 159. Taiwan Semi Common (Trust) | A | Dividend | | | Sold | 04/30/12 | J | A | |
| 160. United Tech. Common (Trust) | A | Dividend | J | T | | | | | |
| 161. Weatherford Common (Trust) | | None | | | Sold | 06/15/12 | J | A | |
| 162. Verizon Common (Trust) | A | Dividend | J | T | | | | | |
| 163. Wisconsin Energy Common (Trust) | A | Dividend | | | Sold | 06/15/12 | J | A | |
| 164. Wisdomtree Common (Trust) | A | Dividend | J | T | Buy | 03/04/12 | J | | |
| 165. ABB Ltd. Common (Trust) | A | Dividend | J | T | Buy | 03/12/12 | J | | |
| 166. Abbott Laboratories Common (Trust) | A | Dividend | J | T | | | | | |
| 167. Ace Ltd. Common (Trust) | A | Dividend | J | T | Buy | 07/30/12 | J | | |
| 168. American Ex. Common (Trust) | A | Dividend | J | T | Buy | 07/30/12 | J | | |
| 169. Apple Common (Trust) | A | Dividend | J | T | Buy | 01/03/12 | J | | |
| 170. Coca Cola Common (Trust) | A | Dividend | | | Sold | 03/04/12 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Costco Common (Trust) | A | Dividend | J | T | | | | | |
| 172. Emerson Elec. Common (Trust) | A | Dividend | J | T | | | | | |
| 173. EMC Corp. Common (Trust) | | None | J | T | Buy | 03/04/12 | J | | |
| 174. Gilead Sciences Common (Trust) | | None | J | T | | | | | |
| 175. Google Common (Trust) | | None | J | T | | | | | |
| 176. Joy Global Common (Trust) | A | Dividend | J | T | | | | | |
| 177. Kellogg Co. Common (Trust) | A | Dividend | J | T | Buy | 01/03/12 | J | | |
| 178. McDonald Common (Trust) | A | Dividend | J | T | | | | | |
| 179. Nike Common (Trust) | A | Dividend | J | T | | | | | |
| 180. Pepsico Common (Trust) | A | Dividend | J | T | | | | | |
| 181. Proctor & Gamble Common (Trust) | A | Dividend | J | T | | | | | |
| 182. Qualcomm Common (Trust) | A | Dividend | J | T | | | | | |
| 183. Siemens Common (Trust) | | None | | | Sold | 01/03/12 | J | A | |
| 184. Schlumberger Common (Trust) | A | Dividend | J | T | | | | | |
| 185. Teva Pharm. Common (Trust) | A | Dividend | J | T | Buy | 03/04/12 | J | | |
| 186. Vanguard Emerg. Common (Trust) | | None | | | Sold | 01/03/12 | J | A | |
| 187. Goldman Sachs Corporate Bonds (Trust) | A | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. Bellsouth Corporate Bonds (Trust) | A | Interest | L | T | | | | | |
| 189. Credit Suisse Corporate Bonds (Trust) | A | Interest | L | T | | | | | |
| 190. Nassau City Municipal Bond (Trust) | A | Interest | L | T | | | | | |
| 191. NYS Environ Municipal Bond (Trust) | A | Interest | L | T | | | | | |
| 192. Abb Ltd. Common (Trust II) | A | Dividend | J | T | | | | | |
| 193. Agilent Tech Common (Trust II) | A | Dividend | J | T | Buy | 04/25/12 | J | | |
| 194. Apache Common (Trust II) | A | Dividend | J | T | Buy | 02/22/12 | J | | |
| 195. Blackrock Common (Trust II) | A | Dividend | J | T | | | | | |
| 196. Bunge Common (Trust II) | A | Dividend | J | T | | | | | |
| 197. Chevron Common (Trust II) | A | Dividend | J | T | | | | | |
| 198. Corning Inc. Common (Trust II) | A | Dividend | | | Sold | 03/08/12 | J | B | |
| 199. Covidien Common (Trust II) | A | Dividend | J | T | | | | | |
| 200. Devon Energy Common (Trust II) | A | Dividend | J | T | | | | | |
| 201. Dominion Res Common (Trust II) | A | Dividend | | | Sold | 02/22/12 | J | A | |
| 202. Exxon Mobil Common (Trust II) | A | Dividend | K | T | | | | | |
| 203. Hengan Common (Trust II) | A | Dividend | K | T | | | | | |
| 204. HSBC Common (Trust II) | A | Dividend | | | Sold | 02/28/12 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| EATON, RICHARD K. | 05/07/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. Hyundai Common (Trust II) | | None | J | T | | | | | |
| 206. JP Morgan Chase Common (Trust II) | A | Dividend | | | Sold | 05/16/12 | K | A | |
| 207. IBM Common (Trust II) | A | Dividend | J | T | Buy | 03/12/12 | J | | |
| 208. Mead Johnson Common (Trust II) | A | Dividend | J | T | | | | | |
| 209. Merck Common (Trust II) | A | Dividend | J | T | | | | | |
| 210. Metlife Inc. Common (Trust II) | A | Dividend | | | Sold | 12/14/12 | J | A | |
| 211. Phillip Morris Common (Trust II) | A | Dividend | J | T | | | | | |
| 212. Precision Cast. Common (Trust II) | A | Dividend | J | T | | | | | |
| 213. Ralph Lauren Common (Trust II) | A | Dividend | J | T | Buy | 04/13/12 | J | | |
| 214. United Tech Common (Trust II) | A | Dividend | J | T | | | | | |
| 215. Verizon Common (Trust II) | A | Dividend | J | T | | | | | |
| 216. Wisconsin Energy Common (Trust II) | A | Dividend | | | Sold | 02/28/12 | J | A | |
| 217. Abbott Laboratories Common (Trust II) | A | Dividend | | | Sold | 09/28/12 | J | B | |
| 218. Ace Ltd. Common (Trust II) | A | Dividend | J | T | | | | | |
| 219. Altria Common (Trust II) | A | Dividend | | | Sold | 03/08/12 | J | A | |
| 220. Anadarko Pet. Common (Trust II) | A | Dividend | J | T | | | | | |
| 221. Amazon Common (Trust II) | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| EATON, RICHARD K. | 05/07/2013 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. Apple Common Common (Trust II) | | None | | | Sold | 09/28/12 | K | D | |
| 223. Costco Common (Trust II) | A | Dividend | J | T | | | | | |
| 224. Cummins Common (Trust II) | A | Dividend | J | T | | | | | |
| 225. Pepsico Common (Trust II) | A | Dividend | J | T | | | | | |
| 226. American Ex Common (Trust II) | A | Dividend | J | T | | | | | |
| 227. Cognizant Common (Trust II) | | None | J | T | | | | | |
| 228. Diageo Common (Trust II) | A | Dividend | J | T | | | | | |
| 229. Emerson Electric Common (Trust II) | A | Dividend | J | T | | | | | |
| 230. Gilead Sciences Common (Trust II) | | None | J | T | | | | | |
| 231. Google Common (Trust II) | | None | J | T | | | | | |
| 232. Joy Global Common (Trust II) | A | Dividend | J | T | Buy | 03/19/12 | J | | |
| 233. Johnson Cont. Common (Trust II) | A | Dividend | J | T | | | | | |
| 234. McDonalds Common (Trust II) | A | Dividend | J | T | | | | | |
| 235. Nike Common (Trust II) | A | Dividend | J | T | | | | | |
| 236. Oracle Common (Trust II) | A | Dividend | | | Sold | 09/28/12 | J | A | |
| 237. Proctor & Gamble Common (Trust II) | A | Dividend | J | T | | | | | |
| 238. Qualcom Common (Trust II) | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| EATON, RICHARD K. | 05/07/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. Schlumberger Common (Trust II) | A | Dividend | J | T | | | | | |
| 240. Teva Pharm. Common (Trust II) | A | Dividend | J | T | | | | | |
| 241. Wisdomtree ETF (Trust II) | A | Dividend | J | T | Buy | 09/28/12 | J | | |
| 242. Weatherford Common (Trust II) | | None | | | Sold | 06/15/12 | J | A | |
| 243. Vanguard ETF (Trust II) | | None | J | T | | | | | |
| 244. Goldman Sachs Corporate Bonds (Trust II) | A | Interest | L | T | | | | | |
| 245. Bellsouth Corporate Bonds (Trust II) | A | Interest | L | T | | | | | |
| 246. Caterpillar Corp. Bds. (Trust II) | A | Interest | K | T | Buy | 06/27/12 | K | | |
| 247. Credit Suisse Corporate Bonds | A | Interest | L | T | | | | | |
| 248. Nassau City Municipal Bond (Trust II) | A | Interest | L | T | | | | | |
| 249. NYS Environ Municipal Bond (Trust II) | A | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| EATON, RICHARD K. | 05/07/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ RICHARD K. EATON**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544